N THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RENEE LYNN EMRICK                                                                                    PLAINTIFF

vs.                                             Civil No. 4:11-cv-04046

MICHAEL J. ASTRUE                                                                                   DEFENDANT
Commissioner, Social Security Administration

**J U D G M E N T**

      Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

      **ENTERED this 15th day of May 2012.**

      /s/   Barry A. Bryant
      HON. BARRY A. BRYANT
      U.S. MAGISTRATE JUDGE