N THE UNITED STATES DISTRICT COURT<br>
WESTERN DISTRICT OF ARKANSAS<br>
TEXARKANA DIVISION

RENEE LYNN EMRICK                                                                               PLAINTIFF

vs.                                        Civil No. 4:11-cv-04046

MICHAEL J. ASTRUE                                                                             DEFENDANT
Commissioner, Social Security Administration

### **J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 15th day of May 2012.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE